**Jack SHEARER, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 8580.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1937.

Jack Shearer, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

**SHERIDAN FLOURING MILLS, Inc., v. Thomas K. CASSIDY, Collector of Internal Revenue for the District of Wyoming.**

No. 1556.

Circuit Court of Appeals, Tenth Circuit.

Nov. 24, 1937.

George T. Evans, of Denver, Colo., for appellant.

Carl L. Sackett, U. S. Atty., of Cheyenne, Wyo., for appellee.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on application of appellant at appellant's costs.

**George T. SIMPSON et ux. Appellants, v. John A. DYER and Thomas A. Griffin, and Louis H. Fead, Chief Justice, and Walter H. North, Howard Wiest, Henry M. Butzel, George E. Bushnell, Edward M. Sharpe, William W. Potter, and Bert D. Chandler, Associate Justices of the Supreme Court of the State of Michigan, Appellees.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 13, 1937.

George T. Simpson, of Detroit, Mich., in pro. per.

Frank C. Cook and John P. O'Hara, both of Detroit, Mich., and Raymond W. Starr, of Lansing, Mich., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause being before the court upon petition of the appellant for an order to proceed in forma pauperis, and the court being of the opinion that the petition fails to set forth facts sufficient to justify the granting of the order, and that the petition should therefore be denied, but being also of the opinion that on the face of the petition the court below was without jurisdiction to entertain the bill, and that the bill sets forth no justiciable controversy between plaintiffs and defendants therein, it is ordered that the appeal be, and it is hereby, dismissed.

Appeal dismissed.